# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID GEORGE,

    *Plaintiff,*

vs.

N.D.O.C, *et al.,*

    *Defendants*.

2:12-cv-00991-KJD-NJK

ORDER

Court mail has been returned from the last address given by plaintiff. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with Local Rule LSR 2-2, which requires that he immediately file written notification of any change of address,

IT IS ORDERED that all pending motions are DENIED without prejudice and that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: May 31, 2013

_____
KENT J. DAWSON
United States District Judge